UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE LUIS VALDEZ, ET AL., | Case No.: 10-CV-05112-LHK |
| Plaintiff,<br>v.<br>CITY OF GONZALES, ET AL.,<br>Defendants. | ORDER SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR MORE DEFINITE STATEMENT<br><br>(re: docket # 5) |

Defendants filed a motion for more definite statement on November 22, 2010. That motion is set for hearing on Thursday, February 17, 2011 at 1:30 p.m. The Court finds that a briefing schedule on Defendants' motion is appropriate.

Accordingly, Plaintiffs' Opposition, or Statement of Nonopposition, is due by Friday, December 17, 2010. Defendants' Reply, if any, is due by Friday, January 7, 2011.

**IT IS SO ORDERED.**

Dated: November 23, 2010

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No.: 10-CV-05112-LHK
ORDER SETTING BRIEFING SCHEDULE

1