**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE LUIS VALDEZ, ET AL., ) | Case No.: 10-CV-05112-LHK |
| ) | |
| Plaintiff, ) | ORDER REGARDING NOTICE OF |
| v. ) | SETTLEMENT |
| ) | |
| CITY OF GONZALES, ET AL., ) | (re: dkt. #22) |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

On July 11, 2011, the Court-connected mediator filed an ADR certificate informing the Court that the case fully settled on June 29, 2011. However, the parties have not filed a stipulation of dismissal. The Court hereby ORDERS the parties to file a joint status report advising the Court of: (1) whether the case has settled; and (2) if so, when the parties will file a stipulation of dismissal. The joint status report is due as soon as practicable but, in any event, no later than Wednesday, July 20, 2011. A further case management conference is scheduled for Wednesday, July 27, 2011 at 2:00 p.m., with the supplemental case management statement due by July 20, 2011. If the parties file their stipulation of dismissal on or before July 20, 2011, the Court will

//

//

1

Case No.: 10-CV-05112-LHK
ORDER REGARDING NOTICE OF SETTLEMENT

vacate the July 27, 2011 case management conference.

**IT IS SO ORDERED.**

Dated: July 12, 2011

_____
LUCY H. KOH
United States District Judge

2

Case No.: 10-CV-05112-LHK
ORDER REGARDING NOTICE OF SETTLEMENT